No. 04–9394. IN RE DAVENPORT. Petition for writ of habeas corpus denied.

No. 04–1079. IN RE WALL;
No. 04–8531. IN RE ABSALON;
No. 04–8640. IN RE VELEZ;
No. 04–8736. IN RE GRANT;
No. 04–8950. IN RE SPARKMAN;
No. 04–9046. IN RE MORRIS;
No. 04–9079. IN RE GRIMSLEY;
No. 04–9174. IN RE BURMAN; and
No. 04–9230. IN RE RILEY. Petitions for writs of mandamus denied.

No. 04–8623. IN RE DARDEN. Petition for writ of mandamus and/or prohibition denied.

No. 04–373. MARYLAND v. BLAKE. Ct. App. Md. Certiorari granted.

No. 04–1067. GEORGIA v. RANDOLPH. Sup. Ct. Ga. Certiorari granted.

No. 04–1084. GONZALES, ATTORNEY GENERAL, ET AL. v. O CENTRO ESPIRITA BENEFICENTE UNIAO DO VEGETAL ET AL. C. A. 10th Cir. Certiorari granted.

No. 04–530. NAGY v. FMC BUTNER. C. A. 4th Cir. Certiorari denied.

No. 04–731. EASTERN SHOSHONE TRIBE OF THE WIND RIVER RESERVATION ET AL. v. UNITED STATES; and
No. 04–929. UNITED STATES v. EASTERN SHOSHONE TRIBE OF THE WIND RIVER RESERVATION ET AL. C. A. Fed. Cir. Certiorari denied.